UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

CIVIL ACTION NO. 06-29-KKC

JEFFERY L. CARPENTER,                                                                           PETITIONER

v.                                               **OPINION AND ORDER**

JOHN MOTLEY, Warden,                                                                        RESPONDENT.

\* \* \* \* \* \* \*

In May 2006, Jeffery L. Carpenter ("Carpenter"), filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. [DE #1]. Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration.

The Magistrate Judge filed a Report and Recommendation [DE #10] on September 15, 2006. Based on a review of the state court record and the applicable case law relevant to federal habeas corpus petitions, the Magistrate Judge concluded that the Petitioner is not entitled to federal habeas corpus relief. Accordingly, the Magistrate Judge recommends that the petition for writ of habeas corpus [DE #1] be denied.

This Court must conduct a *de novo* review of those portions of the Magistrate Judge's proposed report and recommendation to which objection is made. 28 U.S.C. § 636(b)(1)(C).

On September 22, 2006, the Petitioner filed objections to the Magistrate's report and recommendation. [DE #12]. Having considered all of Petitioner's objections, which the Court finds to be without merit, and having conducted a de novo review, the Court hereby adopts the Magistrate Judge's proposed findings of fact and conclusions of law.

Accordingly, the Court, being otherwise sufficiently advised, **HEREBY ORDERS** that:

(1) The Report and Recommendation [DE #10] is ADOPTED as the opinion of this

Court;

(2) Petitioner's Petition for a Writ of Habeas Corpus [DE #1] is DENIED; and

(3) judgment will be entered contemporaneously with this opinion and order in favor of the Respondent.

This the 4th day of January, 2007.

Signed By:

*Karen K. Caldwell*

United States District Judge