UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

CIVIL ACTION NO. 6-29-KKC

JEFFERY L. CARPENTER,                                                        PETITIONER,

vs.                                           **OPINION AND ORDER**

JOHN MOTLEY, Warden,                                                        RESPONDENT.

* * * * * * * *

On January 4, 2007, this Court issued an opinion and order denying Carpenter's Petition

for Writ of Habeas Corpus and adopting the Report and Recommendation of the Magistrate

Judge. This matter is now before the Court on Carpenter's Motion for Certificate of

Appealability [Rec. No. 17] and Motion for Leave to Appeal *In Forma Pauperis* [Rec. No. 16].

For the following reasons, the Court will DENY both motions.

A Certificate of Appealability ("COA") may be issued "only if the applicant has made a

substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2). The

substantial showing threshold is satisfied when a petitioner demonstrates "that reasonable jurists

would find the district court's assessment of the constitutional claims debatable or wrong." *Slack*

*v. McDaniel*, 529 U.S. 473, 484 (2000).

In its Opinion and Order, the Court adopted the Report and Recommendation of the

Magistrate Judge recommending that Carpenter's petition be denied as to each issue raised.  For

all the reasons stated in the Report and Recommendation, the Court concludes that reasonable

jurists would not find the district court's assessment of the constitutional claims debatable or

wrong.

Accordingly, the Court hereby ORDERS as follows:

(1)     Carpenter's Motion for Certificate of Appealability is DENIED [Rec. No. 17],

(2)     Carpenter's Motion for Leave to Appeal *In Forma Pauperis* is DENIED [Rec. No.

16],

(3)     this matter is stricken from the active docket of this Court.

This the 5th day of February, 2007.

**Signed By:**

*Karen K. Caldwell*

**United States District Judge**